FILED

08/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0684

THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 19-0684

STATE OF MONTANA,

    Plaintiff and APPELLEE,

vs.

GAGE WOLFE,

    Defendant and APPELLANT.

Montana Fifth
Judicial District Court
Case No. DC-18-3838

**ORDER GRANTING
APPELLANT'S FIRST
MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF**

Upon review of Appellant's Motion, no objection by Appellee, and good cause appearing, IT IS HEREBY ORDERED that Appellant Gage Wolfe shall have and is hereby granted, 14 (fourteen) days from the original due date of August 6, 2020, in which to prepare, file and serve his Reply Brief on Appeal herein.

Said Reply Brief shall be prepared, filed and served on or before August 20, 2020.

SO ORDERED this _____ day of August, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 3 2020